# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| REGINA WREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-00060-O-BP |
| | § | |
| MIDWESTERN STATE UNIVERISTY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 23. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 16) should be and is hereby **GRANTED**. Plaintiff's original claims are **DISMISSED without prejudice**. Plaintiff may proceed based on the Amended Complaint (ECF No. 25), filed February 7, 2019.

**SO ORDERED** on this **8th** day of **February, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE